UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMANJEET KAUR,

                    Petitioner,

          v.

JULIO HERNANDEZ, *et al.*,

                    Respondents.

Case No. C26-1914-MLP

ORDER

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, asserting that Respondents violated the Due Process Clause and their own regulations in redetaining her without notice and hearing and that her detention has become indefinite under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because removal is not reasonably foreseeable. (Dkt. # 1.)

The Court in *Zadvydas* adopted a presumption that detention up to six months after a removal order becomes final is reasonable when it is related to effectuating removal. 533 U.S. at 701. A petitioner bears the initial burden to provide "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future," after which "the government must respond with evidence sufficient to rebut that showing." *Id.*

ORDER - 1

Respondents provide evidence that India has issued a travel document valid until September 2026. (Dkt. # 8, Ex. B.) However, the Board of Immigration Appeals has stayed Petitioner's removal pending adjudication of her motion to reopen immigration proceedings. (Dkt. # 1-3, Ex. D.) It is unclear what the expected timeline is for the pending motion, however. The Court thus lacks sufficient information to assess whether Petitioner's removal is reasonably foreseeable.

Accordingly, the parties are ORDERED to file additional briefing addressing the foreseeability of removal, not to exceed **1,250 words**, and attaching declarations if necessary, by **July 20, 2026**. The Clerk is directed to re-note this matter for the Court's consideration for **July 20, 2026**.

Dated this 10th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2